IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **RAYMOND ALFORD BRADFORD,** | C 07-01073 SBA (PR) |
| Petitioner, | **ORDER** |
| v. | |
| **DARRAL ADAMS, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, the time for filing an answer to the petition for writ of habeas corpus is extended to and including November 16, 2007.

Dated: _10/25/07                          _____
                                          The Honorable Saundra B. Armstrong

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RAYMOND ALFORD BRADFORD,

      Plaintiff,

v.

DARRAL ADAMS et al,

      Defendant.

                                        /

Case Number: CV07-01073 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 26, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raymond Alford Bradford H-16258
California State Prison
CSP-Corcoran
P.O. Box 3481
Corcoran, CA 93212

Dated: October 26, 2007

                            Richard W. Wieking, Clerk
                            By: LISA R CLARK, Deputy Clerk