IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>    Petitioner,<br><br>  v.<br><br>DARRAL ADAMS, Warden,<br><br>    Respondent.<br>                                            / | No. C 07-01073 SBA (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME FOR PETITIONER TO FILE A SUPPLEMENTAL TRAVERSE** |

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. Respondent has filed an answer. Petitioner has filed a traverse.

    Accordingly, the Court on its own motion GRANTS Petitioner an extension of time to file a supplemental traverse. Petitioner shall file a supplemental traverse within **thirty (30) days** from the date of this Order.

    IT IS SO ORDERED.

DATED: 6/8/09

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.07\Bradford1073.EOT-SuppTraverse.wpd

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

RAYMOND ALFORD BRADFORD,

        Plaintiff,

  v.

DARRAL ADAMS et al,

        Defendant.
                                       /

Case Number: CV07-01073 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 8, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raymond Alford Bradford H-16258
California State Prison - Corcoran
P.O. Box 3481
Corcoran, CA 93212

Dated: June 8, 2009

                                      Richard W. Wieking, Clerk
                                      By: LISA R CLARK, Deputy Clerk